UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    INFORMATION
                                 :
           - v. -                :    07 Cr. 649
                                 :
ROBERT KLEIN,                    :    Judge Robinson
                                 :
           Defendant.            :
                                 :
- - - - - - - - - - - - - - - - x

ORIGINAL

COUNT ONE

The United States Attorney charges:

1.  From at least in or about 2001, through in or about November 2005, in the Southern District of New York and elsewhere, ROBERT KLEIN, not being a licensed importer, manufacturer, dealer, or collector of firearms, unlawfully, intentionally, and knowingly, would and did receive in the State where he resided firearms purchased and otherwise obtained from outside that State, to wit, KLEIN, a resident of New York state, purchased and received approximately 67 firearms from an individual in Texas.

(Title 18, United States Code, Section 922(a)(3).)

MICHAEL J. GARCIA
United States Attorney