UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V

Robert Klein

7 Cr 649

Docket Number & Judge

**NOTICE OF APPEARANCE**

TO:  J. MICHAEL MCMAHON, CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. ( ) CJA        2. (X) RETAINED        3. ( ) PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT  ( ) NO  (X) YES,

ADMISSION MO. 1 YR 68

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _New York_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: WHITE PLAINS, NEW YORK

7/18/07

SIGNATURE _Louis A. Ecker_

Louis A. Ecker
Attorney for Defendant

Ecker + Ecker LLP
Firm name, if any

1 Executive Blvd
Street address

Yonkers    NY    10701
City / State / Zip code

914-965-4288
Telephone Number