# UNITED STATES DISTRICT COURT

## FOR THE

### SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

      v.

ROBERT KLEIN,

              Defendant.

07 Cr. 649

Robinson

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ROBERT KLEIN**, the above-named defendant, who is accused of violating Title 18, United States Code, Section 922(a)(3) having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date: White Plains, New York
       July 18, 2007