# United States District Court

_____SD_____ DISTRICT OF _____NY_____

UNITED STATES OF AMERICA

V.

__Robert Kiai__
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 7CR 649

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                                    Place
_____ on _____
                                                                Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

(Rev.8/97) Additional Conditions of Release                                            Page_____of_____Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(  ) (6) The defendant is placed in the custody of:
         (Name of person or organization) _____
         (Address) _____
         (City and state) _____ (Tel. No.) _____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

                                                          Signed: _____
                                                                        Custodian or Proxy

(  ) (7) The defendant shall:
    (  ) (a)  maintain or actively seek employment.
    (  ) (b)  maintain or commence an educational program.
    (  ) (c)  abide by the following restrictions on his personal associations, place of abode, or travel:
              _____
              _____

    (  ) (d)  avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:
              _____

    (  ) (e)  report on a regular basis to the supervising officer.
    (  ) (f)  comply with the following curfew: _____
    (✓) (g)  refrain from possessing a firearm, destructive device, or other dangerous weapon.
    (✓) (h)  refrain from excessive use of alcohol.
    (✓) (i)  refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
    (  ) (j)  undergo medical or psychiatric treatment and/or remain in an institution, as follows: _____
    (  ) (k)  execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property _____
    (  ) (l)  post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____
    (  ) (m)  execute a bail bond with solvent sureties in the amount of $ _____
    (  ) (n)  return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
    (✓) (o)  surrender any passport to Govt of Guard
    (✓) (p)  obtain no passport.
    (  ) (q)  submit to urine analysis testing upon demand of the supervising officer.
    (  ) (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
    (  ) (s)  submit to an electronic monitoring program as directed by the supervising officer.
    (  ) (t)