# ECKER & ECKER, L.L.P.

## ATTORNEYS & COUNSELLORS AT LAW
### ONE EXECUTIVE BOULEVARD
### YONKERS, NEW YORK 10701
(914) 965-4288
(914) 693-9000

FACSIMILE (914) 988-0918

July 23, 2007

LOUIS A. ECKER
LAWRENCE H. ECKER

PARALEGAL
CAROLYN CARUSO

OF COUNSEL
JOCK THORNTON
IRIS J. ILER

## VIA FAX AND REGULAR MAIL

Hon. George A. Yanthis
United States Courthouse
300 Quarropas Street, Room 116
White Plains, New York 10601
Fax No.: (914) 390-4095

Re United States of America v. Robert Klein

Dear Judge Yanthis:

7 CR 649

On July 18, 2007, the undersigned appeared before you with my client, Robert Klein and entered a plea of guilty. As a part of the bail package, you ordered that Mr. Klein be restricted to travel in the southern and eastern districts of New York.

Subsequent to the arraignment, Mr. Klein advised that his elderly in-laws reside in Milford, Connecticut and Mr. Klein and his wife visit the couple on a regular basis. I would respectfully ask that Mr. Klein be permitted to travel to Connecticut for the purpose of such a visitation.

Would you kindly have your Clerk notify the undersigned if the same is acceptable. I have sent a copy of this communication to Assistant U.S. Attorney Nola Heller who has no objection to the application.

Thank you in advance for your attention to this matter.

Very truly yours,

LOUIS A. ECKER

LAE:cc

cc:  Cynthia Labrovic, Pretrial Services Officer - via fax - (914) 390-4035
     Nola Heller, U.S. Attorney's Office - via fax - (914) 682-3392

APPLICATION GRANTED

SO ORDERED:

GEORGE A. YANTHIS USMJ

7/24/07