

ECKER & ECKER, L.L.P.
ATTORNEYS & COUNSELORS AT LAW
ONE EXECUTIVE BOULEVARD
YONKERS, NEW YORK 10701
(914) 965-4288
(914) 693-9000

FACSIMILE (914) 966-0918

LOUIS A. ECKER
LAWRENCE H. ECKER

PARALEGAL
CAROLYN CARUSO

OF COUNSEL
JOCK THORNTON
IRIS J. ILER

August 2, 2007

**VIA FAX AND REGULAR MAIL**

Hon. George A. Yanthis
United States Courthouse
300 Quarropas Street, Room 116
White Plains, New York 10601
Fax No.: (914) 390-4095

Re: United States of America v. Robert Klein

Dear Judge Yanthis:  7CR 649 (SCR)

On July 18, 2007, the undersigned appeared before you with my client, Robert Klein, and entered a plea of guilty. As part of the bail package, you ordered that Mr. Klein be restricted to travel in the southern and eastern districts of New York. Thereafter, upon my application, you amended the conditions of bail to permit Mr. Klein to travel to Milford, Connecticut for the purpose of visiting his elderly in-laws.

Today, Mr. Klein advised the undersigned that his sister is celebrating her 50th birthday where she resides in North Potomac, Maryland. The party will be held on August 11, 2007 and he hopes to travel on August 10 and return on August 12, if given permission.

Would you kindly have your Clerk notify the undersigned if the same is acceptable. I have sent a copy of this communication to Assistant U.S. Attorney Nola Heller.

Thank you in advance for your attention to this matter.

Very truly yours,

LOUIS A. ECKER

So Ordered.
Geo. A. Y[anthis]
(WPO) 8/6/07

LAE:cc

cc: Cynthia Labrovic, Pretrial Services Officer – via fax – (914) 390-4035
Nola Heller, U.S. Attorney's Office – via fax – (914) 682-3392