UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

07 Cr. 649 (SCR)

v.

Robert Klein

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated July 18, 2007, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: _August 16, 2007_

SO ORDERED:

_Stephen C. Robinson_

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____